# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-2316
LT Case No. 2023-CA-036965

———————————————

NATO, LLC,

    Appellant,

    v.

NATALIE H. CARL, BLAYNE CARL,
and GEORGE CARL,

    Appellees.

———————————————

Nonfinal appeal from the Circuit Court for Brevard County.
Scott Allen Blaue, Judge.

Eric A. Lanigan, of Lanigan & Lanigan, PL, Winter Park,
for Appellant.

Christopher V. Carlyle, of the Carlyle Appellate Law Firm,
Orlando, for Appellee, Natalie H. Carl.

No Appearance for Remaining Appellees.

February 7, 2025

PER CURIAM.

On confession of error by Appellees, which we accept, we
reverse the portion of the order on appeal that grants a temporary
injunction. *E.g., Naegele Outdoor Advert. Co. v. City of*

*Jacksonville*, 659 So. 2d 1046, 1047 (Fla. 1995) (recognizing that a temporary injunction can be granted only when there is a showing of (1) the likelihood of irreparable harm; (2) the unavailability of an adequate remedy at law; (3) substantial likelihood of success on the merits; and (4) considerations of the public interest).

REVERSED with instructions to VACATE the temporary injunction.

EDWARDS, C.J., and EISNAUGLE and BOATWRIGHT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____